
FILED September 19, 2017
BANKRUPTCY COURT ROCHESTER, NY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    Monica M Pierce
     aka Monica M Atwood, aka Monica M Costello

Case No.: 2-17-20922-PRW
Chapter: 7

SSN: xxx-xx-9677

Debtor(s)

## ORDER DISMISSING CHAPTER 7 CASE

    WHEREAS, an Order Granting Payment of Filing Fees in Installments was entered on September 1, 2017; and

    WHEREAS, said Order required that the first installment payment be paid on or before September 11, 2017; and

    WHEREAS, an Order extending the time until September 15, 2017 to make the first installment payment was entered on September 11, 2017; and

    WHEREAS, the first installment payment was not paid as required by said Order; it is now hereby

    ORDERED, that the above captioned bankruptcy case is dismissed; and it is further

    ORDERED, that the balance of the filing fee, $335.00, remains due and payable to the Clerk of the Court.

Dated: Sept 18, 2017
Rochester, New York

HONORABLE PAUL R. WARREN
United States Bankruptcy Judge

Form ORDERGEN
www.nywb.uscourts.gov