UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In Re:

   Monica M Pierce
    aka Monica M Atwood, aka Monica M Costello

        Debtor(s)

Case No.: 2−17−20922−PRW
Chapter: 7

SSN: xxx−xx−9677

---

# NOTICE REGARDING DEADLINES

PLEASE TAKE NOTICE that the "Amended Notice of Chapter 7 Bankruptcy Case − No Proof of Claim Deadline" (hereinafter referred to as "Meeting of Creditors Notice") should have contained the following information in Section 9 "Deadlines":

The filing deadline to object to discharge or challenge whether certain debts are dischargeable is **January 16, 2018**.

Please refer to the Meeting of Creditors notice for additional information regarding this bankruptcy case.

Date: October 19, 2017

Lisa Bertino Beaser
Clerk of Court

Form ntcgen/Doc 53
www.nywb.uscourts.gov