UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:                                                                CHAPTER 7

        MONICA M. PIERCE                                  BK No.: 17-20922

                             Debtor.

## CHAPTER 7 TRUSTEE'S CASE STATUS REPORT

**I, DOUGLAS J. LUSTIG,** having been appointed Trustee of the estate of the above-named Debtor, states as follows:

☐      TFR in process

☐      Waiting for final dividend check to clear account to file TDR

☐      Motion To Except from Abandonment to be filed

☐      Payment for asset(s) continuing; Last payment date _____

☐      Asset is Personal Injury/Class Action

■      Other: <u>Adjourned 341 Hearing heard on November 17, 2017. Still waiting for information from Debtor's Counsel.</u>

If an event is not checked above, the following is a narrative of the case status:

Date: September 11, 2018                                /s/Douglas J. Lustig
                                                                                Chapter 7 Trustee