UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    Monica M. Pierce,                        Bankruptcy Case No. 17-20922-PRW
                                                  Chapter 7

                Debtor.

## ORDER
## RESTORING MOTION TO VACATE DISMISSAL TO MOTION CALENDAR
## AND SHOW CAUSE WHY
## CASE SHOULD NOT BE DISMISSED
## FOR FAILURE TO COMPLY WITH CONDITIONAL ORDER

      This case was dismissed on September 19, 2017, based on the Debtor's failure to make the first installment payment of the filing fee. (ECF No. 25). The Debtor filed a motion to reinstate the case and vacate dismissal, which was settled by conditional order. (ECF Nos. 37, 45). The order conditionally granted the Debtor's motion to vacate dismissal—conditioned on the Debtor's compliance with the disclosure requirements of 11 U.S.C. § 521, submission of tax returns to the Trustee, the Debtor's appearance at a § 341 meeting, and any other requirements that the Trustee might impose. (ECF No. 45). According to the Trustee's 240 Day Status Report, the Trustee is still awaiting information from Debtor's counsel. (ECF No. 66). The § 341 meeting was closed on November 17, 2017. (ECF No. 57). It is hereby,

      **ORDERED**, that the Debtor's motion to vacate dismissal (ECF No. 37), which was settled by conditional order (ECF No. 45), is **restored to the motion calendar and will be heard on September 20, 2018 at 9:00 a.m.**; and it is further

      **ORDERED**, that Debtor's counsel is required to appear and show cause why the case should not be dismissed for failure to comply with the conditional order by providing information requested by the Trustee.

**IT IS SO ORDERED.**

Dated: September 11, 2018
       Rochester, New York

                                        HON. PAUL R. WARREN
                                        United States Bankruptcy Judge